# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Nusantao IP, LLC,<br><br>        Plaintiff,<br>v.<br><br>Samsung Electronics Co., Ltd., and<br>Samsung Electronics America, Inc.,<br><br>        Defendants. | Civil Action No. 25-1178<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

## INTRODUCTION

1. Plaintiff Nusantao IP is an inventor-controlled company that owns the inventions described and claimed in U.S. Patent Nos. 11,095,613 ("System of Smart Edge Sensors") and 11,640,546 ("Managing Access to Data and Managing Operations Performed by Applications"). Defendants Samsung Electronics and Samsung America are infringing these patents by manufacturing, importing, selling, and using electronic devices (phones, tablets, TVs, watches, rings, and appliances) that incorporate the Knox Vault security platform without a license.

## PLAINTIFF AND THE ASSERTED PATENTS

2. Nusantao IP, LLC ("Nusantao IP") is a Wyoming limited liability company formed to license and commercialize the inventions of inventor Raymond Vincent Corning. Corning's patented inventions address a growing crisis in the digital world: the loss of personal data sovereignty. As smart devices and connected sensors proliferate, the data they produce, often from our own bodies, voices, or environments, is no longer fully in our control. Corning's inventions form the foundation of Nusantao IP's pioneering patent portfolio, which covers methods and devices for dynamic sensor control, edge-based AI governance, sensor-level

encryption, and tamper detection. The portfolio addresses the evolving challenges of modern computing environments with innovations that enable secure, decentralized operations across a range of critical applications, including autonomous systems, smart cities, industrial controls, and AI-driven services.

3. The asserted '613 patent introduces edge hardware that encrypts and secures sensor data at the source, enabling decentralized security in sensor networks. A smart edge module acts as a cryptographic gateway between sensors and the central device processors. The asserted '546 patent provides a secure execution environment that controls application-level access to decrypted data with trusted edge modules, which ensures that only authenticated applications can operate on sensitive data. These are the "Asserted Patents."[1]

## DEFENDANTS AND THE ACCUSED PRODUCTS

4. Samsung Electronics Co., Ltd. ("Samsung Electronics") is a corporation organized and existing under the laws of the Republic of Korea. Samsung Electronics is the parent of Defendant Samsung Electronics America, Inc. ("Samsung America"), which is a corporation organized and existing under the laws of the State of New York. Samsung Electronics directs and controls the design, manufacture, use, and sale of products sold by Samsung America. Samsung Electronics and Samsung America are collectively "Samsung."

5. Samsung manufactures and sells various mobile phones (including the Galaxy S, Galaxy Z Flip, Galaxy Z Fold, and Galaxy A series), tablets (including the Galaxy Tab series), watches (the Galaxy Watch series), TVs (including the Neo QLED 4K and 8K series), and smart appliances (such as the Bespoke 4-Door Flex Refrigerator (AI Hub+)). Each of the Samsung

---

[1] Nusantao IP's portfolio also includes U.S. Patent Nos. 11,416,758 and 11,847,580 (both titled "Smart Edge Co-processor"), U.S. Patent Application No. 17/108,950 ("Methods to Protect Stakeholders' Algorithms and Information in Untrusted Environments"), and several other pending provisional applications.

products in these categories includes Samsung's Knox Vault security platform and infringes one or more claims of each of the Asserted Patents.

6. Knox Vault is a "hardware-based security" platform that "operates completely independently from the primary processor running the Android OS."[2] Knox Vault is "an



isolated, tamper-proof, secure subsystem with its own processor and memory. It also includes an interface to dedicated, non-volatile secure storage, which provides a secure location for storing sensitive data, such as cryptographic keys and credentials." *Id.* Data "encrypted by the Knox Vault Processor"—such as "Cryptographic keys to protect biometric data, Blockchain keystore credentials, Knox Device Health Attestation Key (SAK)"—is sent via a "secure channel" to the Knox Vault Storage, where it is securely stored." *Id.* In addition, "[t]he Knox Vault Processor can access system DRAM though [sic] the External Memory Manager." *Id.*

 

---

[2] https://docs.samsungknox.com/admin/fundamentals/whitepaper/samsung-knox-mobile-security/system-security/knox-vault/ (last updated by Samsung March 7, 2025).

7. "Knox Vault provides strong security guarantees against both software and hardware attacks, as it is independent from the primary processor that runs Android." *Id*. Samsung first introduced Knox Vault with the Galaxy S21 in 2021. Since then, Samsung has



made significant improvements to the architecture and data flow. Samsung has also expanded the implementation of Knox Vault beyond just successor phones in the Galaxy S series to other phone series and categories of electronic devices, as identified above. In addition, Samsung introduced the Knox Matrix security architecture in 2022 to extend the Vault sensor interception architecture across multiple devices using policy contracts synchronized across devices,



resulting in further infringement of the Asserted Patents.[3]

8. And in 2025 Samsung introduced the Knox Vault Enhanced Protection ("KEEP"), "a new architecture designed to safeguard the next generation of personalized, AI-powered features," including the Personal Data Engine (PDE) component of Samsung Galaxy AI.[4]

---

[3] https://news.samsung.com/global/introducing-knox-matrix-10-years-of-samsung-knox-security-and-samsungs-vision-for-a-safer-future (last updated May 22, 2023)
[4] Samsung Introduces Mobile Security for Personalized AI Experiences – Samsung Newsroom Canada (last updated July 7, 2025).

**JURISDICTION AND VENUE**

9. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 271 and 281, et seq. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

10. This Court has personal jurisdiction over Defendant Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. in this action because both Defendants have committed acts within this District giving rise to this action and have established minimum contacts with this forum such that the exercise of jurisdiction over Defendants would not offend traditional notions of fair play and substantial justice. Defendants, directly and through subsidiaries or intermediaries, have committed and continue to commit acts of infringement in this District by, among other things, making, importing, offering to sell, selling, and/or using products that infringe one or more claims of each of the Asserted Patents. Furthermore, to the extent that Defendant Samsung Electronics Co., Ltd. contends, incorrectly, that it is not subject to the general jurisdiction of any state court, jurisdiction over Samsung Electronics Co., Ltd. is appropriate pursuant to Fed. R. Civ. P. 4(k)(2) because Samsung Electronics Co., Ltd. has established minimum contacts with the United States as a whole such that the exercise of jurisdiction over Samsung Electronics Co., Ltd. would not offend traditional notions of fair play and substantial justice.

11. Venue is proper as to Samsung America under 28 U.S.C. §§ 1391 and 1400(b) because Samsung America has committed acts of infringement in this District and maintains a regular and established place of business in this district at 6625 Excellence Way in Plano.



12. Venue is proper as to Samsung Electronics because it is a foreign entity. 28 U.S.C. § 1391(c)(3) ("[A] defendant not resident in the United States may be sued in any judicial district."). Alternatively, venue is proper as to Samsung Electronics for the same reasons set forth for Samsung America, because the former controls and directs the accused actions of the latter in its Plano facility, which is a regular and established place of business of both entities.

**COUNT I**
**(Infringement of '613 patent)**

13. Nusantao IP incorporates by reference each of the foregoing paragraphs.

14. On August 17, 2021, the United States Patent and Trademark Office issued U.S. Patent No. 11,095,613 (titled "System of Smart Edge Sensors"). Ex. 1 (the '613 patent). The '613 patent claims priority to provisional application no. 62/681,844, which was filed on June 7, 2018. The patent does not expire until October 22, 2039.

15. Nusantao IP is the owner of all right, title, and interest in the '613 patent, including the right to enforce the patent and collect damages for past infringement.

16. Each claim of the '613 patent is valid, enforceable, and patent-eligible.

17. The '613 patent discloses and claims novel hardware architectures that include a security or "smart edge" module with its own processor interposed between the device sensors and the main processors of the device, allowing the sensor data to be intercepted and encrypted before reaching the main processors and the applications it runs. See, e.g., '613 Fig. 1:



Figure 1

6

18. Samsung has directly infringed and continues to directly infringe the '613 patent, including at least independent claim 12, by manufacturing, importing, selling, and using electronic devices (including phones, smart TVs, tablets, watches, rings, and appliances) that include the Knox Vault architecture. Samsung's infringement has occurred within the United States, including in the State of Texas, and in this District.

19. As an example, the Samsung Galaxy S25 smartphone models sold in the United States meet each element of claim 12 of the '613 patent.

- [preamble] "An electronic device comprising":  each of the Galaxy S25 models constitutes an electronic device that includes each of the components recited by claim 12;

- [a] "a device processor executing a device operating system (OS)": the Galaxy S25 includes a Snapdragon 8 Elite for Galaxy processor (SM8750-AB) with 3nm TSMC process and 8-core Oryon V2 architecture executing the Android 15 operating system;

- [b] "a device bus": the Galaxy S25 includes multiple system interconnects, including those associated with the LPDDR5X system memory;

- [c] "a device memory coupled to the device bus": the Galaxy S25 includes multiple memory components coupled to the interconnects, including the LPDDR5X DRAM;

- [d] "a plurality of sensors": the Galaxy S25 includes multiple sensors, including camera sensors (such as the main camera, ultrawide camera, telephoto camera, and front camera), an ultrasonic fingerprint sensor, and a microphone array;

- [e][1] "at least one security module, interposed between at least one corresponding sensor of the plurality of sensors and the device bus":  the Knox Vault Subsystem is an isolated security subsystem with a dedicated processor and memory.  It is positioned between at least one sensor (e.g., the ultrasonic fingerprint sensor) and the system interconnects, including those associated with the LPDDR5X DRAM.

7

- [e][2] "the security module configured to receive a raw data signal from the corresponding sensor, encrypt at least part of the raw data signal to generate an encrypted signal, and transmit the encrypted signal to the device bus":  the Knox Vault Subsystem receives raw data from the sensors, including the fingerprint sensor, for secure authentication processing.  Knox Vault applies hardware-based encryption with vault-unique keys to the raw sensor data before transmitting encrypted packages (or "blobs") to the system interconnects, including those associated with the LPDDR5X DRAM.

- [f] "a device driver residing in the device memory and configured to facilitate communication between the device processor and the security module":  the Galaxy S25 memory components contain drivers that facilitate communication between the Snapdragon 8 Elite for Galaxy processor and the Knox Vault Subsystem, including the StrongBox Keymaster driver.

20. Nusantao IP has been damaged and continues to be damaged by Samsung's infringement of the '613 patent and is entitled to compensatory damages.

## COUNT II
**(Infringement of '546 patent)**

21. Nusantao IP incorporates by reference paragraphs 1-12 of this Complaint.

22. On May 2, 2023, the United States Patent and Trademark Office issued U.S. Patent No. 11,640,546 (titled "Managing Access to Data and Managing Operations Performed by Applications").  Ex. 2 (the '546 patent).  The '546 patent claims priority to provisional application no. 62/828,363, filed April 2, 2019, and provisional application no. 62/840,822, filed April 30, 2019.  With patent term extension, the '546 patent does not expire until April 18, 2041.

23. Nusantao IP is the owner of all right, title, and interest in the '546 patent, including the right to enforce the '546 patent and collect damages for past infringement.

24. Each claim of the '546 patent is valid, enforceable, and patent-eligible.

25. The '546 patent discloses and claims a novel secure execution environment that controls application-level access to decrypted data, ensuring that only authenticated applications



can operate on sensitive data. This is enabled by the use of a "secure edge module" (which "may be a secure environment (e.g., one or more computing devices) that is trusted to control/manage access to different sets of data (e.g., sensitive, private, personal, etc., data)), smart contracts (which may comprise "a document, file, or other data that may indicate which applications have access to a set of data," col. 3:66-4:1), and artificial intelligence models (e.g., col. 2:20-24: "[V]arious applications may access and/or analyze the data (e.g., sensor data) for various purposes. For example, artificial intelligence models, machine learning models, etc., may analyze the data and may generate one or more inferences or output[s] based on the data."). See, e.g., '546 Fig. 18 (shown above).

26. Samsung has directly infringed and continues to directly infringe the '546 patent, including at least independent claim 11, by manufacturing, importing, selling, and using electronic devices (including phones, smart TVs, tablets, watches, and appliances) that include the Knox Vault architecture. Samsung's infringement has occurred within the United States, including in the State of Texas and in this District.

9

27. As an example, Samsung's Galaxy S25 smartphone models sold in the United States meet each element of claim 11 of the '546 patent.

- [preamble] "<u>An apparatus, comprising</u>": Each of the Galaxy S25 models constitutes and contains an apparatus that includes each of the components recited by claim 11;

- [a] "<u>a memory configured to store data</u>": the Galaxy S25 includes multiple memory components configured to store data, including Universal Flash Storage 4.0, the LPDDR5X DRAM, and the Knox Vault Storage;

- [b][1] "<u>a processing device</u> comprising one or more of a complex instruction set computing (CISC) microprocessor, reduced instruction set computing (RISC) microprocessor, very long instruction word (VLIW) microprocessor, an application specific integrated circuit (ASIC), a field programmable gate array (FPGA), a digital signal processor (DSP), or a network processor": the Galaxy S25 includes multiple RISC processors—the Snapdragon 8 Elite for Galaxy processor (SM8750-AB) with 3nm TSMC process and 8-core Oryon V2 architecture executing the Android 15 operating system, and the Knox Vault processor;

- [b][2] "<u>which is configured to</u>": the Galaxy S25 processors are configured to do the following recited actions:

  - [i] "<u>obtain a first smart contract</u> associated with a set of data, a secure edge module, and an artificial intelligence model, wherein the artificial intelligence model is configured to generate inferences": obtain the Samsung and Knox security policies and access rules that are enforced by StrongBox Keymaster, including the PDE configuration, Android manifest/runtime permissions, KEEP per-app sealed storage, and Galaxy AI feature-specific permissions (which constitute the recited "smart contract"), which are associated with (a) various "sets of data," including video, photo, and audio data from the cameras and microphones, encryption keys and biometric data, and location data, (b) the Knox Vault Subsystem (which constitutes a "secure edge module"), and (c) the Galaxy AI and its PDE and third party AI models (which constitute and contain an artificial intelligence model that is configured to generate inferences);

- [i] "<u>determine</u> whether the artificial intelligence model is allowed to generate a set of inferences using the set of data based on the first smart contract": determine whether the Galaxy AI and its PDE are permitted to generate inferences using the data sets identified above based on the Samsung and Knox security policies and access rules that are enforced by StrongBox Keymaster;

- [iii] "<u>in response to determining</u> that the artificial intelligence model is allowed to generate the set of inferences using the set of data, <u>cause</u> the artificial intelligence model to execute on the set of data to generate the set of inferences": cause (in response to the determination) the Galaxy AI and its PDE and third party AI models to execute on the data sets identified above with features like Now Brief, Modes, and Routines to process the data and make inferences, creating summaries, suggestions, and auto-generated routines based on user habits; and

- [iv] <u>performing</u> one or more post processing operations for one or more of the artificial intelligence model and the set of data based on the first smart contract": perform post processing operations on the AI models and data sets identified above based on the Samsung and Knox security policies and access rules that are enforced by StrongBox Keymaster, such as encryption, deletion, and clean up;

- [c] "wherein the processing device is <u>configured to refrain from</u>: performing operations that are not indicated in the first smart contract; executing artificial intelligence model that are not indicated in the first smart contract; and allowing access to data that is not indicated in the first smart contract": the Galaxy S25 processors do not perform operations, execute artificial intelligence models, or allow access to data unless authorized by applicable Samsung and Knox security policies and access rules that are enforced by StrongBox Keymaster.

28.     Nusantao IP has been damaged and continues to be damaged by Samsung's infringement of the '546 patent and is entitled to compensatory damages.

**PRAYER FOR RELIEF**

Nusantao IP prays for entry of judgment against Defendants as follows:

A.   that Defendants have infringed each of the Asserted Patents;

B.   that Defendants owe and must pay Nusantao IP damages adequate to compensate Nusantao IP for Defendants' infringement, pre- and post-judgment interest, and taxable costs;

C.   that Defendants be ordered to pay supplemental damages for any infringement that occurs after the jury's award of damages, along with interest, or an ongoing royalty; and

D.   that Nusantao IP be awarded all such additional relief, including equitable relief, as the Court deems just and proper, including injunctive relief if Defendants continue to infringe and refuse to pay damages and ongoing royalties following a finding of infringement.

**DEMAND FOR JURY TRIAL**

Nusantao IP demands a trial by jury on all issues triable to a jury.

Date: November 29, 2025

Respectfully submitted,

/s/ *Jeff Eichmann*
John Jeffrey Eichmann
(Cal. Bar No. 227472)
(admitted in the Eastern District)
EICHMANN, a professional corporation
225 Arizona Avenue, Suite 300
Santa Monica, California 90401
310-237-9190 (tel.)
jeichmann@eichmann.com

Claire Abernathy Henry
Texas State Bar No. 24053063
MILLER FAIR HENRY PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
claire@millerfairhenry.com