**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| Nusantao IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc., <br><br> Defendants. | Case No. 2:25-cv-01178-JRG <br><br> **JURY TRIAL DEMANDED** |

## <u>JURY DEMAND</u>

In accordance with Rule 38(b) of the Federal Rules of Civil Procedure, Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. hereby respectfully demand a jury trial on all issues so triable.

Dated: March 23, 2026

Respectfully submitted,

*/s/ Jin-Suk Park*

Jin-Suk Park
jin.park@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5555

-and-

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450

1

Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on March 23, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<u>*/s/ Melissa R. Smith*</u>
Melissa R. Smith

2